2436.  CHESTER v. CITY OF ATLANTA.

POWELL, J.  1. Under section 1537 of the city code of Atlanta, the keeping of intoxicating liquor in any "barrel, keg, can, demijohn, or other package" for the purpose of unlawful sale is made a municipal offense, irrespective of whether the liquor be kept at any "store, house, room, office, cellar, stand, booth, stall, or other similar place."

2. The evidence authorized the defendant's conviction.

*Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Ellis.  January 12, 1910.

Submitted March 9,—Decided April 6, 1910.

*John A. Boykin,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.